KEVIN E. CADWELL (SBN 255794)
kcadwell@kelleydrye.com
KELLEY DRYE & WARREN LLP
10100 Santa Monica Blvd.
Twenty-Third Floor
Los Angeles, CA 90067
Telephone: (310) 712-6100
Facsimile:  (310) 712-6199

Attorneys for Plaintiffs
eXelate, Inc. and Gracenote, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXELATE, INC., and GRACENOTE, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FREE STREAM MEDIA CORP. d/b/a SAMBA TV, <br><br> Defendant. | Case No. 4:19-cv-03409-JSW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Judge:     Hon. Jeffrey S. White |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs eXelate, Inc. and Gracenote, Inc. hereby voluntarily dismiss their claims against defendant Free Stream Media Corp. d/b/a Samba TV.  Rule 41(a)(1)(A)(i) allows the plaintiff to dismiss a complaint without order of court if the opposing party has neither filed an answer nor a motion for summary judgement.  Samba TV has not answered or moved for summary judgment.  Accordingly, dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: August 30, 2019                                 Respectfully submitted,

                                                        KELLEY DRYE & WARREN LLP


                                                        By:   */s/ Kevin E. Cadwell*
                                                              KEVIN E. CADWELL

                                                        ***Attorney for Plaintiffs***,
                                                        eXelate, Inc. and Gracenote, Inc.